Dismissed and Memorandum Opinion filed May 20, 2004









Dismissed and Memorandum Opinion filed May 20, 2004.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00283-CR

____________

 

DOMINGO
FLORES, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
248th District Court

Harris County,
Texas

Trial Court Cause No. 959,548

 



 

M E M O R A N D U M   O P I N I O N

Appellant entered a guilty plea to the offense of aggravated
sexual assault of a child.  Following a
pre-sentence investigation, on March 5, 2004, the trial court sentenced
appellant to confinement for thirteen years in the Institutional Division of
the Texas Department of Criminal Justice. 
Appellant filed a pro se notice of appeal.  Because appellant has waived his right to
appeal, we dismiss.  








The trial court entered a certification of the defendant=s right to appeal in which the court
certified that appellant waived the right of appeal.  See Tex.
R. App. P. 25.2(a)(2).  The trial
court=s certification is included in the
record on appeal.  See Tex. R. App. P. 25.2(d).

Accordingly, we dismiss the appeal.  

 

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed May 20, 2004.

Panel consists of Chief Justice
Hedges and Justices Frost and Guzman. 

Do Not Publish C Tex. R. App.
P. 47.2(b).